UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Chapter 13
Case No. 11-31183

Patricia Mauldin

DEBTOR(S') DECLARATION REGARDING
AMENDED SCHEDULES

Debtor(s)_____/

    I/We declare, under penalty of perjury, that I/we have read the amended schedules consisting of: Schedules B, C, D, I and J, Statement of Financial Affairs, Summary of Schedules and Statistical Information and Statement of Monthly Income and that they are true and correct to the best of my/our knowledge, information, and belief.

Dated: 10/24/2011          /s/ Patricia Mauldin_____
                                                Debtor