ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
PATRICIA MAULDIN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| In re: | CHAPTER 13 |
|---|---|
| PATRICIA MAULDIN, | Bankruptcy Case No. 11-31183 SFM |
| Debtors. | **DECLARATION OF DEBTOR IN SUPPORT OF FEASIBILITY OF PLAN** |

I, Patricia Mauldin, declare under penalty of perjury that the following statements are true and correct:

1. I am the debtor in the above case.
2. The feasibility of our Chapter 13 plan payments have been questioned by the Chapter 13 Trustee.
3. To increase my income, I have rented my primary residence.
4. I am currently a student in job re-education training and am expected to continue with my education for two years.
5. After the re-education program is finished, I anticipate I will be able to obtain entry level employment that will generate $1,000 per month income to $1,500 per month.

6. My payments are set to increase as I expect I will be able to increase my income to $2,000 per month after I have re-entered the workforce in the later years of my five year Chapter 13 Plan.

7. Once I have obtained employment and given the equity in my home, I will be able to refinance my second mortgage or borrow sufficient funds to make a balloon payment to satisfy the second mortgage in full.

8. Until I finish my educational program, my payments are low and are set to increase to adjust for my expected earnings.

9. I reasonably believe based on my expected income after I have completed my educational program that the Chapter 13 Plan is affordable.

Dated: October 26, 2011         /s/ Patricia Mauldin
                                Patricia Mauldin