ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
PATRICIA MAULDIN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re:<br><br>PATRICIA MAULDIN,<br><br>Debtors. | CHAPTER 13<br><br>Bankruptcy Case No. 11-31183 SFM<br><br>**NOTICE AND OPPORTUNITY TO OBJECT TO CHAPTER 13 PLAN** |

TO ALL CREDITORS:

    Notice is hereby given that the Debtor has filed a First Amended Chapter 13 Plan, a copy of which is enclosed. You have 28 days from October 26, 2011 to object to the Plan. Objections to the Chapter 13 Plan shall be filed and served to the Debtor, Debtor's counsel and the Chapter 13 Trustee.

Dated: October 26, 2011    STEBURG LAW FIRM

    /s/ Anita L. Steburg
    Anita L. Steburg
    Attorney for Debtor