ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
PATRICIA MAULDIN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re: | CHAPTER 13 |
| PATRICIA MAULDIN, | Bankruptcy Case No. 11-31183 SFM |
| Debtors. | **CERTIFICATE OF SERVICE** |

I, Anita Steburg, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City of San Jose, County of Santa Clara. I am over 18 years of age and am not a party to the within entitled action. My business address is 1798 Technology Drive, Suite 258, San Jose, CA 95110. I am familiar with the practices for collection and processing of correspondences for mailing with the U.S. Postal Service.

2. On the date set forth below, I caused the following documents to be served:

    a. First Amended Chapter 13 Plan;

    b. Notice and Opportunity to Objection to Chapter 13 Plan

On the party or parties named below by following the ordinary business practices, placing a true and correct copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for the first class delivery, postage

| | |
|---|---|
| 1 | thereon fully prepaid, in the United States Postal Service that same day in the ordinary course |
| 2 | of business, addresses as follows: |
| 3 | SEE ATTACHED LIST |
| 4 | |
| 5 | Dated: October 26, 2011    STEBURG LAW FIRM |
| 6 | |
| 7 | /s/ Anita L. Steburg<br>Anita L. Steburg<br>Attorney for Debtor |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 11-31183<br>Northern District of California<br>San Francisco<br>Wed Oct 26 22:35:53 PDT 2011 | American Arbitration Association<br>1633 Broadway, 10th. Floor<br>New York, NY 10019-6708 | American Chiropractic Center<br>Attn: Bankruptcy Dept.<br>2233 Irving Street<br>San Francisco, CA 94122-1618 |
| Arrow Financial Services<br>5996 W. Touhy Avenue<br>Niles, IL 60714-4610 | Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance, LLC assignee PROVIDIAN<br>PO Box 2036<br>Warren, MI 48090-2036 |
| B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Bank of America<br>401 N. Tryon St.<br>NC1-021-02-20<br>Charlotte, NC 28202-2196 | Bank of America<br>Woodside Plaza<br>PO Box 37176<br>San Francisco, CA 94137-0176 |
| Bay Area Fas Trak<br>Attn: Bankruptcy Dept.<br>P.O. Box 26926<br>San Francisco, CA 94126-6926 | David Burchard<br>393 Vintage Park Drive<br>Suite 150<br>Foster City, CA 94404-1172 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | Cal Coast Credit Service<br>Attn: Bankruptcy Dept.<br>2906 McBride Lane<br>Santa Rosa, CA 95403-6899 |
| Chase<br>Attn: Bankruptcy Dept.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Card Services<br>ATTN: Bankruptcy Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Card Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Suite 100<br>Woodbury, MN 55125-1703 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | Cingular Wireless<br>ATTN: Bankruptcy Department<br>2612 North Roan Street<br>Johnson City, TN 37601-1708 |
| Citibank<br>ATTN: Managing Agent<br>P.O. Box 183051<br>Columbus, OH 43218-3051 | Coast Capital Income Fund, LLC<br>c/o Law Office of Benjamin R. Levinson<br>46 N Second Street, Suite A<br>Campbell, CA 95008-2026 | Coast Capital Income Fund, LLC<br>c/o Stonecrest Managers, Inc.<br>4300 Stevens Creek Blvd., Ste. 275<br>San Jose, CA 95129-1265 |
| County of San Mateo<br>Attn: Bankruptcy Dept.<br>455 County Ctr.<br>Redwood City, CA 94063-1663 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Equifax Credit Information Services, Inc<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 |

| | | |
|---|---|---|
| FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | First Revenue Assurance<br>4500 Cherry Creek Drive South<br>Suite 450<br>Denver, CO 80246-1533 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812 2952 |
| GE Money Bank/Gap<br>1600 Summer Street<br>Fifth Floor<br>Stamford, CT 06905-5125 | GEMB/Home Design<br>GE Money Bank<br>ATTN: Bankruptcy Department<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Glassberg, Pollak & Associates<br>425 California St., Suite 850<br>San Francisco, CA 94104-2193 |
| Granite Recovery LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Great Lakes Educational Loan Services<br>US Dept of Education<br>PO Box 530229<br>Atlanta, GA 30353-0229 | Great Lakes Higher Education<br>2401 International Lane<br>Madison, WI 53704-3192 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Intl Collection Service, Inc.<br>Attn: Bankruptcy Dept.<br>27308 Old 41 Road, #1<br>Bonita Springs, FL 34135-5419 | JAMS<br>1920 Main Street, Suite 300<br>Irvine, CA 92614-7279 |
| JPMorgan Chase Bank, National Association<br>PITE DUNCAN, LLP<br>c/o Philip Giles<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | JPMorgan Chase Bank, National Association<br>Attn: OH4-7302<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Bank of America Building<br>200 Meeting St., Ste. 206<br>Charleston, SC 29401-3187 | Law Enforcement Systems, Inc.<br>PO Box 1348<br>Long Island City, NY 11101-0348 | Benjamin R. Levinson<br>Law Offices of Benjamin R. Levinson<br>46 N 2nd St. #A<br>Campbell, CA 95008-2026 |
| Patricia Mauldin<br>811 Madison Avenue<br>Redwood City, CA 94061-1538 | Christopher M. McDermott<br>Pite Duncan<br>4375 Jutland Dr. #200<br>San Diego, CA 92117-3600 | Nordstrom FSB<br>Colorado Service Center<br>Recovery/Bankruptcy Dept.<br>P.O. Box 6566<br>Englewood, CO 80155-6566 |
| Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | Northland Group, Inc.<br>7831 Glenroy Road, Suite 250<br>Edina, MN 55439-3132 | Oak Harbor Capital II, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue<br>suite 400<br>Seattle, WA 98121-3132 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2736 | PLM Lender Services, Inc.<br>46 N. Second Street<br>Campbell, CA 95008-2026 | PODS<br>Attn: Bankruptcy Dept.<br>PO Box 31673<br>Tampa, FL 33631-3673 |
| Pentagroup financial<br>Attn: Bankruptcy Dept.<br>5959 Corporate Drive, Suite 1400<br>Houston, TX 77036-2311 | Pinnacle Credit Services<br>Attn: Bankruptcy Dept.<br>7900 Highway 7, #100<br>saint Louis Park, MN 55426-4045 | San Mateo Medical Center Hospital<br>Attn: Bankruptcy Dept.<br>222 West 39th Avenue<br>Third Floor<br>San Mateo, CA 94403-4364 |

| Sprint | Anita Steburg | Sunrise Credit Services, Inc. |
|---|---|---|
| Attn: Bankruptcy Dept. | Steburg Law Firm | Attn: Bankruptcy Dept. |
| 6391 Sprint Parkway | 1798 Technology Drive #258 | PO Box 9100 |
| Overland Park KS 66251-4300 | San Jose, CA 95110-1353 | Farmingdale, NY 11735-9100 |

| U.S. Attorney | Verizon Wireless |
|---|---|
| Civil Division | Attn: Bankruptcy Dept. |
| 450 Golden Gate Ave. | PO Box 11328 |
| San Francisco, CA 94102-3661 | St Petersburg, FL 33733-1328 |

 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Discover Financial Services, LLC | Internal Revenue Service |
|---|---|
| 2500 Lake Cook Rd. | Insolvency Group 2 |
| Riverwoods, IL 60015 | 880 Front Street |
|  | San Diego, CA 92101-8869 |

 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Coast Capital Income Fund, LLC | (u)Dennis Montali | (d)Oak Harbor Capital II, L.L.C. |
|---|---|---|
|  | San Francisco | c/o Weinstein & Riley, P.S. |
|  |  | 2001 Western Ave., Ste. 400 |
|  |  | Seattle, WA 98121-3132 |

End of Label Matrix
Mailable recipients    64
Bypassed recipients     3
Total                  67