ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
PATRICIA MAULDIN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re: | CHAPTER 13 |
| PATRICIA MAULDIN, | Bankruptcy Case No. 11-31183 SFM |
| Debtors. | **Hearing Date:**<br>**Judge: Montalli**<br>**Place: Courtroom 22-235 Pine**<br>**Street, San Francisco, CA 94104** |

RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

Debtor responds to the motion to dismiss as follows:

1. The debtor opposes the motion to dismiss averring that no cause exists for dismissal.
   The debtor has actively and aggressively been pursuing confirmation. The new
   procedure regarding dismissal was meant to ensure that the bar generally would
   prosecute cases. The new procedure was not meant to punish debtors who are actively
   prosecuting their cases. Here, the debtor has been actively prosecuting her case in light
   and actively taking steps to resolve issues so that the case can be confirmed.
   Additionally, due to debtor's disabilities and issues that have been outside of her
   control, she has required additional time to address the concerns of the trustee and her
   creditors.

1    2.  The trustee's motion to dismiss is based on several items which the debtor's attorney

2        believes have been resolved by filing amended schedules and an amended Chapter 13 Plan.

3    3.  I declare under penalty of perjury under the laws of the State of California that the

4        foregoing is true and correct, and that this declaration was executed on October 27, 2011,

5        at San Jose, California.

6

7    Dated: October 27, 2011                    STEBURG LAW FIRM

8

9                                               /s/ Anita L. Steburg
                                                Anita L. Steburg
10                                              Counsel for Debtor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28