ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
PATRICIA MAULDIN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re:<br><br>PATRICIA MAULDIN,<br><br>Debtors. | CHAPTER 13<br><br>Bankruptcy Case No. 11-31183 SFM<br><br>**CERTIFICATE OF SERVICE** |

I, Anita Steburg, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City of San Jose, County of Santa Clara. I am over 18 years of age and am not a party to the within entitled action. My business address is 1798 Technology Drive, Suite 258, San Jose, CA 95110. I am familiar with the practices for collection and processing of correspondences for mailing with the U.S. Postal Service.

2. On the date set forth below, I caused the following documents to be served:
   a. RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION;

   b. MEMORANDUM IN SUPPORT OF RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION;

  c. DECLARATION OF ATTORNEY IN SUPPORT OF RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

  d. DECLARATION OF DEBTOR IN SUPPORT OF RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

On the party or parties named below by following the ordinary business practices, placing a true and correct copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for the first class delivery, postage thereon fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addresses as follows:

  David Burchard
  PO Box 8059
  Foster City, CA 94404

Service on United States Trustee by electronic transmission by consent.

Dated: October 27, 2011  STEBURG LAW FIRM

  /s/ Anita L. Steburg
  Anita L. Steburg
  Attorney for Debtor